

MEDITERRANEAN SHIPPING COMPANY (USA), INC.
700 WATERMARK BLVD
MOUNT PLEASANT, SC 29464
TEL: 843-971-4100

CHARLESTON – 2/1/2021

Bill to:

EL AVENTURERO IMPORTING AND EXPORTING INC

63 PROSPECT PL.

Belleville, NJ

United States, 07109

INVOICE # NA/UACMX044032

BOL #:  MEDUMX044032- RECOVERY

Issued by: Natalia Akst – UAC Department

| ITEM | POD | MSC B/L | EQUIP # | CHARGE |
|---|---|---|---|---|
| **MSC Line Detention** | **NEW YORK** | **MEDUMX044032** | **BEAU4230647** | $147,850.00 |
| **Disposal Service** | | | | $3,740.00 |
| | | | **TOTAL DUE** | **$151,590.00** |

Sensitivity: Internal