See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MSC

**MEDITERRANEAN SHIPPING COMPANY S.A.**

Website: www.msc.com        SCAC Code : MSCU

**SEA WAYBILL No.**
NOT NEGOTIABLE - COPY

**MEDUMX044032**

"Port-to-Port" or "Combined Transport" (see Clause 1)

NO. & SEQUENCE OF SEA WAYBILLS
0   Of   Zero

NO. OF RIDER PAGES
0

**SHIPPER:**
ABEL ULISES AVENDANO OSORIO

EFICACIA NO. 836, COL. MIGUEL HIDALGO VERACRUZ, VERACRUZ
MEXICO 91712 VERACRUZ, VERACRUZ 91712 MX ID: AEOA960219VD2
ABEL OSORIO 2292952535 AVENDANOABELU@GMAIL.COM

**FORWARDING AGENT :**
DALOS GLOBAL SA DE CV
PLATON 329, INT. B, COL. BUENAVISTA
VERACRUZ, 91850

PHONE: 2292000011
EMAIL: OPERACIONES@DALOS-MIHR.COM

**CONSIGNEE:**
EL AVENTURERO IMPORTING & EXPORTING INC
63 PROSPECT PLACE BELLEVILLE, NEWJERSEY UNITED STATES NJ 07109 BELLEVILLE, NEWJERSEY NJ 07109 US
JULIO@RELIANCECUSTOMS.COM ID: 0101007243 JULIO CIQUERO
5168872400 5168878092

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
LLOYDS/IMO NUMBER: 9237151
EXPRESS RELEASE

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
EL AVENTURERO IMPORTING & EXPORTING INC
63 PROSPECT PLACE BELLEVILLE, NEWJERSEY UNITED STATES NJ 07109 BELLEVILLE, NEWJERSEY NJ 07109 US
JULIO@RELIANCECUSTOMS.COM ID: 0101007243 JULIO CIQUERO
5168872400 5168878092

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
| **MSC DONATA - 833A** | | **VERACRUZ, MEXICO** | XXXXXXXXXXXXXXX |
| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
| | XXXXXXXXXXXXXXX | **NEW YORK, NY** | XXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE** - See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| BEAU4230647 40' HIGH CUBE SEAL NUMBER: EU14195847 | 1500 BOX(ES) OF SODA AND CRAFTS HS CODE: 22021001 | 24,410.000 KGS. 53,814.838 LBS. | |
| | TOTAL : | 24,410.000 KGS 53,814.838 LBS | |
| | TOTAL NUMBER OF PACKAGES: 1,500 | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant. Diversion, contrary to US law is prohibited

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| XXXXXXXXXXXXXXX | **1 cntr** | |
| PLACE AND DATE OF ISSUE | SHIPPED ON BOARD DATE | |
| **06-SEPTEMBER-2018** | **06-SEPTEMBER-2018** | |

Sea Waybill U.S. Edition - 02/2015                TERMS CONTINUED ON REVERSE ↥